J. Grace Felipe (SBN 190893)
felipeg@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone

Attorneys for Defendant,
BREAD FINANCIAL PAYMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALLESTEROS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK, AND DOES 1-10.<br><br>　　　　Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

　　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

　　　1.　　On June 27, 2023, Plaintiff ROBERT BALLESTEROS ("Plaintiff") filed a civil action in the Stanislaus County Superior Court, entitled *ROBERT BALLESTEROS v. BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK, et al.*, Case No.: CV-23-003569.  A true and correct copy of Plaintiff's Verified Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant by process server on June 30, 2023.

3. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. Bread Financial Payments, Inc., formerly known as Comenity Capital Bank is the Defendant named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681s-2(b). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(c). In this regard, Plaintiff alleges in the Complaint violations under the FCRA. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: July 31, 2023     By:     s/ J. Grace Felipe
                                  J. Grace Felipe
                                  Attorneys for Defendant,
                                  BREAD FINANCIAL PAYMENTS, INC.,
                                  FORMERLY KNOWN AS COMENITY
                                  CAPITAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2023, a true and accurate copy of the foregoing **NOTICE OF REMOVAL** was served via mail on the following person:

RAY KIM LAW, APC
Raymond Y. Kim (SBN 251210)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 213-204-3547
Facsimile: 833-972-9546
E-mail: ray@raylcimlaw.com
Attorneys for Plaintiff
Robert Ballesteros

**CARLSON & MESSER LLP**

/s/ J. Grace Felipe
J. Grace Felipe