J. Grace Felipe (SBN 190893)
felipeg@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone

Attorneys for Defendant,
BREAD FINANCIAL PAYMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT BALLESTEROS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK, AND DOES 1-10.<br><br>　　　　Defendants. | CASE NO. 1:23-cv-1133<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER<br><br>Old Due Date:  August 7, 2023<br>New Due Date:  August 21, 2023 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff ROBERT BALLESTEROS ("Plaintiff") and Defendant BREAD FINANCIAL PAYMENTS, INC., formerly known as, COMENITY CAPITAL BANK ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") that –

　　　WHEREAS, on June 27, 2023, Plaintiff initially filed the Complaint against Defendant in the Stanislaus County Superior Court;

　　　WHEREAS, on Plaintiff served the Complaint on Defendant on June 30, 2023;

　　　WHEREAS, on July 31, 2023, Defendant removed the Complaint to this Federal Court;

WHEREAS, pursuant to Rule 81(c)(2)(C) Defendant's answer or response to the Complaint is due by August 7, 2023;

WHEREAS, the Parties are considering whether Plaintiff's claims in the Complaint should proceed in arbitration;

WHEREAS, to give the Parties additional time to consider whether this matter should be transferred to arbitration, the Parties agree that Defendant should have additional time within which to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, the Parties stipulate that the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be Monday, August 21, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 7, 2023

**RAY KIM LAW, APC**

By: /s/ Raymond Y. Kim
Raymond Y. Kim
Attorneys for Plaintiff, ROBERT BALLESTEROS

DATED: August 4, 2023

**CARLSON & MESSER, LLP**

By: /s/J. Grace Felipe
J. Grace Felipe
Attorneys for Defendant,
BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK

**ORDER**

Pursuant to the Parties' Stipulation, and cause appearing, Defendant shall have until Monday, August 21, 2023, to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: __August 10, 2023__           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE