# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALLESTEROS, | ) CASE NO. 1:23-cv-01133-JLT-BAM |
| Plaintiff, | ) |
| vs. | ) ORDER RE: STIPULATION TO STAY CASE |
| | ) AND TRANSFER TO ARBITRATION |
| BREAD FINANCIAL PAYMENTS, INC., FORMERLY KNOWN AS COMENITY CAPITAL BANK, AND DOES 1-10. | ) |
| Defendants. | ) |

Pursuant to Stipulation and agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Stipulation is granted, and this action and all claims by Plaintiff against Defendant shall be transferred to binding arbitration.

2. The arbitration shall be before JAMS, as provided for in the governing written arbitration agreement.

3. The arbitration shall be subject to JAMS' Consumer Arbitration Minimum Standards and Arbitration Appeal Procedure.

4. No admissions, concessions, assumptions or implications with respect to each parties' rights, claims, and/or defenses shall be made based on the Stipulation, its contents, or its filing.

5.  This action is stayed pending completion of the arbitration proceedings.

6.  The Parties shall notify the Court within 14 days after the conclusion of arbitration or receipt of an arbitral ruling, whichever is later, and inform the Court whether the stay should be lifted.

7.  If arbitration is not concluded within 120 days of the date of this order, the Parties shall file a joint status report updating the Court on the progress of arbitration.

IT IS SO ORDERED.

Dated:  **August 22, 2023**

UNITED STATES DISTRICT JUDGE